IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMLIN CORPORATE INSURANCE      )      8:10CV31
N.V. and CG POWER SYSTEMS      )
CANADA, INC.,                  )
                               )
           Plaintiffs,         )
                               )      ORDER
     vs.                       )
                               )
UNION PACIFIC RAILROAD         )
COMPANY and BNSF RAILWAY       )
COMPANY,                       )
                               )
           Defendants.         )
_____)
```

    This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 27).

    IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Wednesday, June 2, 2010, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

    DATED this 18th day of May, 2010.

                                                    BY THE COURT:

                                                    /S/ Lyle E. Strom
                                                    _____
                                                    LYLE E. STROM, Senior Judge
                                                    United States District Court