IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMLIN CORPORATE INSURANCE N.V. and CG POWER SYSTEMS CANADA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV31 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY and BNSF RAILWAY COMPANY, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation of dismissal as against BNSF (Filing No. 42). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted. The complaint is dismissed as to BNSF, each party to beat its own costs.

DATED this 28th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court