IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMLIN CORPORATE INSURANCE    )
N.V. and CG POWER SYSTEMS    )
CANADA, INC.,                )
                             )
          Plaintiffs,        )      8:10CV31
                             )
     v.                      )
                             )
UNION PACIFIC RAILROAD       )      ORDER
COMPANY,                     )
                             )
          Defendant.         )
_____)
```

  This matter is before the Court on the motion to modify summary judgment dates and set a schedule for filing motions for summary judgment and request for shortened notice and expedited ruling (Filing No. 38) and the stipulation of the parties (Filing No. 45). The Court finds the motion is moot and that the stipulation should be approved and adopted. Accordingly,

  IT IS ORDERED:

  1) The motion to modify the discovery schedule is denied as moot;

  2) The stipulation is approved and adopted as to deadlines for discovery, the taking of depositions, and the filing of motions.

  DATED this 30th day of September, 2010.

        BY THE COURT:

        /s/ Lyle E. Strom
        _____
        LYLE E. STROM, Senior Judge
        United States District Court