IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMLIN CORPORATE INSURANCE N.V. and CG POWER SYSTEMS CANADA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV31 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the stipulation to extend time to respond to motion (Filing No. 63). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) Plaintiffs' response to defendant Union Pacific Railroad Company's motion for leave to file a first amended answer is due on or before December 6, 2010.

2) Defendants' reply, if any, is due on or before December 20, 2010.

DATED this 4th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court