IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMLIN CORPORATE INSURANCE N.V. and CG POWER SYSTEMS CANADA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV31 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the joint stipulation regarding timing of Union Pacific Railroad Company's filing of its reply brief and a continuation of the date for the parties to respond to outstanding discovery (Filing No. 75). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) Defendant's deadline to file a reply brief responding to the brief filed by plaintiffs in opposition to UP's motion for leave to file an amended answer is continued to January 10, 2011.

2) The deadline for all parties to respond to all of the other parties' outstanding discovery and requests for

admissions is continued until thirty days after the date on which the Court rules on the motions for summary judgment.

DATED this 16th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court