IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMLIN CORPORATE INSURANCE N.V. and CG POWER SYSTEMS CANADA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV31 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | ORDER |
| Defendant. | ) ) | |

    This matter is before the Court on the stipulation (Filing No. 99) of the parties for dismissal. The Court finds the stipulation should be approved and adopted. Accordingly,

    IT IS ORDERED that the stipulation is approved and adopted; all claims and counterclaims are dismissed with prejudice, each party to pay their own costs and attorney fees.

    DATED this 12th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court